a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff, while installing a sprinkler system in the plant of defendant Rubin & Co., came in contact with a rail charged with electricity, from which power was derived to operate a crane which was being installed by defendant Putnam & Co., Inc., causing the injury complained of. Negligence was predicated on failure to warn plaintiff that the current had been or was about to be turned on.

*George J. Stacy* and *James J. Mahoney* for Putnam & Co., appellant.

*Clarence S. Zipp* and *E. C. Sherwood* for appellant.

*John C. Robinson*, *Morris A. Wainger* and *Albert A. Sarafan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

MEYER GOODFRIEND et al., Copartners under the Firm Name of GOODFRIEND BROS., Appellants, *v.* AMERICAN CREDIT INDEMNITY COMPANY OF NEW YORK, Respondent.

*Insurance (credit) — contract — action to recover upon policy of credit insurance — claim for amount paid to redeem merchandise from insolvent purchaser.*

*Goodfriend* v. *American Credit Indemnity Co.*, 217 App. Div. 635, affirmed.

(Argued December 1, 1926; decided December 31, 1926.)

APPEAL from a judgment, entered July 13, 1926, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury, and directing a dismissal of the complaint. The action was to recover upon a

policy of credit insurance against losses from sales of merchandise due to insolvency of purchasers, an amount paid by the insured to redeem certain merchandise from an insolvent purchaser. The Appellate Division held that the claim was not within the purview of the policy.

*Edward S. Greenbaum, Edgar J. Nathan* and *Jonas J. Shapiro* for appellants.

*Walter J. Rosston* and *Edwin Hort* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

ROYAL SILK UNDERWEAR MANUFACTURING CO., INC., Respondent, *v.* UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant.

*Insurance (burglary) — contract — action to reform and recover on policy of burglary insurance — defenses that president of insured committed burglary and that it had failed to keep required books.*

*Royal Silk Underwear Mfg. Co., Inc., v. United States F. & G. Co.,* 216 App. Div. 772, affirmed.

(Argued December 2, 1926; decided December 31, 1926.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 31, 1926, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was to reform a policy of burglary insurance and to recover thereon. The answer admitted the issuance of the policy and set up as separate defenses, *first,* that the president of the insured committed the burglary and, *second,* that plaintiff had violated a condition of the policy requiring it to keep books and accounts so that the actual amount of the loss or damage could be accurately determined.

*James C. Van Siclen, Leon M. Prince* and *Sidney J. Loeb* for appellant.

*Eugene L. Bondy, M. V. Seligson* and *I. R. Stein* for respondent.